Pete Serrano
Interim United States Attorney
Jacob Brooks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

Emma E. Hollowell
Annelise Pinto
United States Department of Justice
Environment and Natural Resources Div.
Post Office Box 7611
Washington, DC 20044-7611
Telephone: (202) 598-5569
Emma.Hollowell@usdoj.gov
Annelise.Pinto@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No._____ |
| Plaintiff, | |
| v. | **COMPLAINT IN CONDEMNATION** |
| 365.63 ACRES OF LAND, MORE OR LESS, SITUATE IN BENTON COUNTY, STATE OF WASHINGTON; AND SHIRLEY J. MILLER FAMILY, LLC, et al., | |
| Defendants. | |

Complaint - 1

1.    This is a civil action brought by the United States of America at the request of the Bonneville Power Administration, for the taking of a temporary interest in land in Benton County, Washington, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358. The Court has venue under 28 U.S.C. § 1403.

3.    The authority for the acquisition is set forth in Schedule A, which is attached hereto and made a part hereof.

4.    The public purpose for which said property is taken is set forth in Schedule B, which is attached hereto and made a part hereof.

5.    A legal description of the land taken is set forth in Schedule C, which is attached hereto and made a part hereof.

6.    A plat (map) showing the land taken is set forth in Schedule D, which is attached hereto and made a part hereof.

7.    The estates taken in the property are described in Schedule E, which is attached hereto and made a part hereof.

8.    The estimate of just compensation is stated in Schedule F, which is attached hereto and made a part hereof.

Complaint - 2

9. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule G, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and the Court award such other relief as may be lawful and proper.

DATED: September 18, 2025            Respectfully submitted,

Adam Gustafson
Acting Assistant Attorney General

Pete Serrano
Interim United States Attorney

By: *Emma E. Hollowell*
  Emma E. Hollowell
  DC Bar No. 1047448
  Trial Attorney
  United States Department of Justice
  Post Office Box 7611
  Washington, DC 20044-7611
  Telephone: (202) 598-5569
  Facsimile: (202)514-8865
  Emma.Hollowell@usdoj.gov

Annelise Pinto
California Bar No. 353929
Trial Attorney
United States Department of Justice
Post Office Box 7611
Washington, DC 20044-7611

Complaint - 3

Telephone: (202) 532-3356
Fax: (202) 514-8865
Annelise.pinto@usdoj.gov

*Attorneys for United States of America*

Complaint - 4

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. Additionally, I certify that I caused the foregoing document to be served upon Defendant via certified mail to the following address:

Loren Miller, as registered agent for
the Shirley J. Miller Family, LLC,
and in his individual capacity

54737 S C Williams Road
Kennewick, WA 99338

By: *Emma E. Hollowell*
Emma Hollowell